IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH D. FEOLA, JR., | : |
| Plaintiff, | : Civil Action No. 2:11-cv-01443 |
| v. | : |
| | : Chief Judge Gary L. Lancaster |
| WAL-MART STORES, EAST LP, | : |
| Defendant. | : ELECTRONICALLY FILED |

### STIPULATION OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement. Each party will bear its own costs.

**FOR THE PLAINTIFF:**

s/ *Susan N. Williams*, Esquire
Susan N. Williams, Esquire
PA Bar No. 40077
WILLIAMS LAW OFFICES
101 North Main St.
Suite 106
Greensburg, PA 15650

Attorneys for Plaintiff,
Joseph D. Feola, Jr.

**FOR THE DEFENDANT:**

s/ *Lisa Steele*, Esquire
Lisa Steele
PA Bar No. 78733
LITTLER MENDELSON, P.C.
625 Liberty Avenue
26th Floor
Pittsburgh, PA 15222

Attorneys for Defendant,
Wal-Mart Stores, East LP

SO ORDERED, this 31st day of May, 2012.

_____, C.J.